IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Flynn, Patrick J
Flynn, Colette M
Printed: 03/03/09

Case Number: 08 B 01191
Judge: Wedoff, Eugene R
Filed: 1/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 15, 2009
Confirmed: May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,310.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,159.85 |
| Trustee Fee: |  | 150.15 |
| Other Funds: |  | 0.00 |
| Totals: | 2,310.00 | 2,310.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Daniel J Winter | Administrative | 3,073.00 | 2,159.85 |
| 2. | National City Bank | Secured | 0.00 | 0.00 |
| 3. | National City Bank | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 0.00 | 0.00 |
| 5. | National City Bank | Secured | 1,165.30 | 0.00 |
| 6. | National City Bank | Secured | 16,144.19 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 710.05 | 0.00 |
| 8. | M3 Financial Services | Unsecured | 97.22 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 37.77 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 522.81 | 0.00 |
| 11. | Edfinancial Services | Unsecured | 703.94 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 44.20 | 0.00 |
| 13. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 14. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 15. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,498.48 | $ 2,159.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 150.15 |
|  | $ 150.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Flynn, Patrick J | Case Number:  08 B 01191 |
| Flynn, Colette M | Judge:  Wedoff, Eugene R |
| Printed: 03/03/09 | Filed:  1/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: